IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STAGES OF LIFE MEDICAL CENTER, LLC

CASE NO.: _____

    Plaintiff,

vs.

ALLIED INSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

## NOTICE OF REMOVAL

    Defendant, ALLIED INSURANCE COMPANY OF AMERICA ("ALLIED"), by and through its undersigned counsel, hereby files its Notice of Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal the following:

    1.    On February 23, 2022, Plaintiff, STAGES OF LIFE MEDICAL CENTER, LLC ("Plaintiff"), filed this action in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, Case No. 2023-CA-000407 ("State Action").

    2.    On February 28, 2023, ALLIED was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

    A.    Notice of Service of Process;

B. Summons;

C. Plaintiff's Complaint;

D. Case Management Plan (General);

E. Case Management Order (General);

F. Plaintiff's Notice of Serving First Set of Interrogatories to Defendant;

G. Plaintiff's First Request for Production to Defendant;

H. Defendant's Notice of Appearance and Designation of E-mail Addresses;

I. Defendant's Jurisdictional Interrogatories to Plaintiff;

J. Defendant's Answer and Affirmative Defenses;

K. Executed Case Management Order;

L. Defendant's Motion for Extension of Time to Respond to Plaintiff's Discovery;

M. Executed Order Granting Defendant's Motion for Extension of Time to Respond to Plaintiff's Discovery;

N. Plaintiff's Motion for Extension of Time to Respond to Defendant's First Set of Interrogatories;

O. Defendant's Notice of Serving Unverified Answers to Plaintiff's First Set of Interrogatories;

P. Defendant's Responses to Plaintiff's First Request for Production;

Q. Defendant's Privilege Log in Support of Responses to Plaintiff's First Request for Production;

    R.    Plaintiff's Objections and Answers to Defendant's First Set of Interrogatories;

    S.    Certification and Notice of Filing Notice of Removal; and

    T.    Defendant's Notice of Removal to Opposing Counsel.

3.    This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division, which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C § 1446(b).

4.    This Notice of Removal is filed timely. On March 17, 2023, ALLIED served interrogatories regarding the members of the Plaintiff. (*See* Exhibit 1-I). On May 24, 2023, Plaintiff filed its Objections and Answers to the Interrogatories identifying the members and citizenship of the limited liability company. (*See* Exhibit 1-R). As such, this matter was removed within 30 days of becoming removable.

## DIVERSITY OF CITIZENSHIP

5.    At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiff (citizen of Florida) on the one hand and Defendant (not a Florida citizen) on the other.

6.    Plaintiff, STAGES OF LIFE MEDICAL CENTER, LLC, is and was organized and incorporated under the laws of Florida at the time the Complaint was filed and at present. **Exhibit "2"**, Sunbiz records for Stages of Life Medical Center, LLC. The sole member of STAGES OF LIFE MEDICAL CENTER, LLC is David

Klein. **Exhibit "3"**, Plaintiff's Objections and Answers to Defendant's First Set of Interrogatories.

7. David Klein is a citizen of Florida and has a permanent residential address located at 845 Markham Woods, Longwood, FL 32779. *Id*. *See also* Seminole County Property Appraiser records containing a homestead exemption for David Klein attached as **Exhibit "4."**

8. Accordingly, the Plaintiff is a citizen of the State of Florida for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

9. At all times material to this action, ALLIED is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. ALLIED was and is incorporated in the State of Ohio, having its principal place of business in the State of Ohio. Accordingly, at all times material to this action, ALLIED was and is a citizen of the State of Ohio for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

10. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

11. Plaintiff brought an action against ALLIED for breach of contract pursuant to the terms of an existing policy of insurance.

12. Plaintiff contends that Plaintiff's property sustained damage as a result of a wind and hailstorm event. *See* Complaint ¶ 8. Plaintiff brings this action against

ALLIED for its failure to tender all insurance benefits due and owing under the Policy. *Id.* at ¶¶ 14 and 23.

13. Prior to filing suit, Plaintiff submitted an estimate from Storm Life Restoration, LLC in the amount of $265,034.75 in support of damages claimed to the subject property as a result of the loss referenced in the Complaint. **Exhibit "5,"** Storm Life Restoration, LLC's estimate.

14. The Windstorm/Hail deductible under the subject policy is 2% of the applicable building limit. The limit for the building is $1,486,200.00. Therefore, the deductible amount is $29,724.00.

15. ALLIED did not issue payment to Plaintiff prior to the filing of the State Action, which leaves the total amount of the estimate, $265,034.75 in dispute.

16. Thus, the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

17. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and ALLIED are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

18. ALLIED has noticed the adverse party, Plaintiff, of this Removal by notifying Plaintiff's attorney of record.

19. ALLIED has filed a written notice with the Clerk of the Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida in compliance with 28 U.S.C § 1446 (d).

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Thomas A. Keller
_____
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
DERICKA Y. BURKE, ESQ.
Florida Bar No.: 1000332
dburke@butler.legal
Secondary: lfarrell@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
*Attorneys for Allied Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

Anthony R. Angelone, Esq.
William C. Harris, Esq.
Ashley N. Harris, Esq.
Merlin Law Group, P.A.
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
aangelone@merlinlawgroup.com
charris@merlinlawgroup.com
aharris@merlinlawgroup.com
harrispleadings@merlinlawgroup.com
Attorney For: Plaintiff

                         s/ Thomas A. Keller
                         THOMAS A. KELLER, ESQ.