**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STAGES OF LIFE MEDICAL CENTER,
LLC,

        Plaintiff,

v.                                                       Case No.: 6:23-cv-984-WWB-RMN

ALLIED INSURANCE COMPANY OF
AMERICA,

        Defendant.

## ORDER

The Court has been advised by the Mediation Disposition Report that the above-styled action has been completely settled. (Doc. 25 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on June 27, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record